*D'Agostino v. WFS Financial Inc,*
Case No. 3:07-cv-00161

### Exhibit A:  Master List of Class Members

**(Class Members are identified by the last four digits of their
loan account number to protect privacy interests.)**

| Loan Account Number |
|:---:|
| 0640 |
| 0733 |
| 0933 |
| 1077 |
| 1456 |
| 1866 |
| 2307 |
| 2558 |
| 2668 |
| 3154 |
| 3199 |
| 3668 |
| 4106 |
| 4150 |
| 4270 |
| 4415 |
| 4417 |
| 4658 |
| 4668 |
| 4694 |
| 4927 |
| 4932 |
| 5023 |
| 5064 |
| 5382 |
| 5466 |
| 5655 |
| 5733 |
| 5801 |
| 5939 |
| 6392 |
| 6393 |
| 6475 |
| 6933 |
| 7136 |
| 7180 |
| 7676 |
| 7795 |
| 7811 |
| 8106 |
| 8481 |
| 8730 |
| 8800 |
| 8949 |
| 8961 |
| 9181 |
| 9219 |
| 9377 |

**D'Agostino v. WFS Financial Inc,**
**Case No. 3:07-cv-00161**

**Exhibit A:  Master List of Class Members**

**(Class Members are identified by the last four digits of their
loan account number to protect privacy interests.)**

| Loan Account Number |
|---|
| 9393 |
| 9708 |
| 9785 |
| 9885 |
| 0131 |
| 0335 |
| 0506 |
| 0518 |
| 0799 |
| 0803 |
| 0991 |
| 1107 |
| 1471 |
| 1632 |
| 1998 |
| 2002 |
| 2309 |
| 2377 |
| 2402 |
| 2452 |
| 2468 |
| 2519 |
| 2578 |
| 2660 |
| 2668 |
| 2705 |
| 2785 |
| 2917 |
| 2974 |
| 3029 |
| 3139 |
| 3168 |
| 3195 |
| 3218 |
| 3322 |
| 3325 |
| 3398 |
| 3673 |
| 3720 |
| 3788 |
| 3941 |
| 4145 |
| 4300 |
| 4383 |
| 4468 |
| 4519 |
| 4546 |
| 4572 |

*D'Agostino v. WFS Financial Inc,*
Case No. 3:07-cv-00161

Exhibit A:  Master List of Class Members

(Class Members are identified by the last four digits of their
loan account number to protect privacy interests.)

| Loan Account Number |
|---|
| 4622 |
| 4780 |
| 4840 |
| 4882 |
| 4920 |
| 4938 |
| 4977 |
| 5039 |
| 5121 |
| 5169 |
| 5221 |
| 5303 |
| 5340 |
| 5435 |
| 5469 |
| 5506 |
| 5936 |
| 6003 |
| 6151 |
| 6174 |
| 6281 |
| 6316 |
| 6318 |
| 6606 |
| 6716 |
| 6735 |
| 6916 |
| 6980 |
| 7099 |
| 7139 |
| 7191 |
| 7367 |
| 7462 |
| 7504 |
| 7595 |
| 7668 |
| 7695 |
| 7696 |
| 7735 |
| 7749 |
| 7780 |
| 7845 |
| 7888 |
| 8010 |
| 8089 |
| 8111 |
| 8808 |
| 8827 |

*D'Agostino v. WFS Financial Inc,*
Case No. 3:07-cv-00161

### Exhibit A:  Master List of Class Members

**(Class Members are identified by the last four digits of their
loan account number to protect privacy interests.)**

| Loan Account Number |
|:---:|
| 8841 |
| 8871 |
| 9042 |
| 9063 |
| 9088 |
| 9196 |
| 9274 |
| 9286 |
| 9361 |
| 9429 |
| 9564 |
| 9747 |
| 9790 |
| 9829 |
| 9912 |
| 0278 |
| 0290 |
| 0455 |
| 0473 |
| 0551 |
| 0612 |
| 0630 |
| 0752 |
| 0788 |
| 0815 |
| 0976 |
| 1005 |
| 1009 |
| 1041 |
| 1066 |
| 1102 |
| 1114 |
| 1128 |
| 1158 |
| 1204 |
| 1250 |
| 1316 |
| 1317 |
| 1335 |
| 1394 |
| 1449 |
| 1491 |
| 1505 |
| 1515 |
| 1541 |
| 1590 |
| 1615 |
| 1681 |

*D'Agostino v. WFS Financial Inc,*
Case No. 3:07-cv-00161

### Exhibit A:  Master List of Class Members

**(Class Members are identified by the last four digits of their loan account number to protect privacy interests.)**

| Loan Account Number |
|:---:|
| 1783 |
| 1903 |
| 2023 |
| 2109 |
| 2184 |
| 2212 |
| 2239 |
| 2357 |
| 2470 |
| 2569 |
| 2609 |
| 2617 |
| 2733 |
| 2747 |
| 2816 |
| 2835 |
| 2935 |
| 2977 |
| 3032 |
| 3068 |
| 3137 |
| 3149 |
| 3227 |
| 3294 |
| 3310 |
| 3464 |
| 3520 |
| 3615 |
| 3701 |
| 3704 |
| 3772 |
| 3811 |
| 3848 |
| 3867 |
| 4029 |
| 4053 |
| 4220 |
| 4261 |
| 4284 |
| 4318 |
| 4323 |
| 4362 |
| 4459 |
| 4508 |
| 4527 |
| 4579 |
| 4624 |
| 4660 |

*D'Agostino v. WFS Financial Inc,*
Case No. 3:07-cv-00161

Exhibit A:  Master List of Class Members

(Class Members are identified by the last four digits of their
loan account number to protect privacy interests.)

| Loan Account Number |
|:---:|
| 4669 |
| 4689 |
| 4780 |
| 4818 |
| 4846 |
| 4886 |
| 4954 |
| 5003 |
| 5015 |
| 5062 |
| 5156 |
| 5248 |
| 5324 |
| 5375 |
| 5434 |
| 5494 |
| 5533 |
| 5617 |
| 5696 |
| 5821 |
| 5847 |
| 5875 |
| 5933 |
| 6025 |
| 6068 |
| 6143 |
| 6160 |
| 6288 |
| 6310 |
| 6315 |
| 6367 |
| 6407 |
| 6432 |
| 6464 |
| 6486 |
| 6705 |
| 6719 |
| 6801 |
| 6806 |
| 6871 |
| 6978 |
| 7144 |
| 7186 |
| 7272 |
| 7275 |
| 7321 |
| 7328 |
| 7356 |

*D'Agostino v. WFS Financial Inc,*
Case No. 3:07-cv-00161

**Exhibit A:  Master List of Class Members**

**(Class Members are identified by the last four digits of their
loan account number to protect privacy interests.)**

| Loan Account Number |
| --- |
| 7402 |
| 7440 |
| 7515 |
| 7517 |
| 7525 |
| 7551 |
| 7574 |
| 7651 |
| 7703 |
| 7769 |
| 7789 |
| 7792 |
| 7829 |
| 7918 |
| 7936 |
| 7937 |
| 7953 |
| 7986 |
| 8007 |
| 8107 |
| 8133 |
| 8184 |
| 8188 |
| 8215 |
| 8305 |
| 8537 |
| 8565 |
| 8589 |
| 8707 |
| 8716 |
| 8755 |
| 8798 |
| 8863 |
| 8931 |
| 9093 |
| 9113 |
| 9198 |
| 9225 |
| 9233 |
| 9297 |
| 9341 |
| 9346 |
| 9401 |
| 9434 |
| 9491 |
| 9513 |
| 9527 |
| 9546 |

*D'Agostino v. WFS Financial Inc,*
Case No. 3:07-cv-00161

**Exhibit A: Master List of Class Members**

**(Class Members are identified by the last four digits of their loan account number to protect privacy interests.)**

| Loan Account Number |
|:---:|
| 9564 |
| 9588 |
| 9596 |
| 9606 |
| 9615 |
| 9670 |
| 9746 |
| 9754 |
| 9761 |
| 9768 |
| 9838 |
| 9874 |
| 9963 |
| 9973 |
| 0022 |
| 0149 |
| 0223 |
| 0243 |
| 0246 |
| 0290 |
| 0318 |
| 0374 |
| 0395 |
| 0503 |
| 0522 |
| 0541 |
| 0572 |
| 0597 |
| 0908 |
| 0966 |
| 0967 |
| 1024 |
| 1029 |
| 1074 |
| 1104 |
| 1144 |
| 1276 |
| 1338 |
| 1342 |
| 1348 |
| 1401 |
| 1524 |
| 1525 |
| 1559 |
| 1565 |
| 1575 |
| 1594 |
| 1634 |

*D'Agostino v. WFS Financial Inc,*
Case No. 3:07-cv-00161

### Exhibit A:  Master List of Class Members

**(Class Members are identified by the last four digits of their
loan account number to protect privacy interests.)**

| Loan Account Number |
|:---:|
| 1667 |
| 1723 |
| 1736 |
| 1803 |
| 1854 |
| 1877 |
| 1953 |
| 1975 |
| 2040 |
| 2046 |
| 2130 |
| 2164 |
| 2179 |
| 2326 |
| 2421 |
| 2423 |
| 2429 |
| 2491 |
| 2519 |
| 2529 |
| 2668 |
| 2691 |
| 2783 |
| 2840 |
| 2854 |
| 2886 |
| 2970 |
| 2994 |
| 3087 |
| 3135 |
| 3139 |
| 3181 |
| 3229 |
| 3233 |
| 3249 |
| 3269 |
| 3343 |
| 3384 |
| 3402 |
| 3479 |
| 3481 |
| 3500 |
| 3505 |
| 3572 |
| 3613 |
| 3686 |
| 3709 |
| 3717 |

*D'Agostino v. WFS Financial Inc,*
Case No. 3:07-cv-00161

Exhibit A:  Master List of Class Members

(Class Members are identified by the last four digits of their
loan account number to protect privacy interests.)

| Loan Account Number |
|---|
| 3720 |
| 3737 |
| 3769 |
| 3781 |
| 3808 |
| 3915 |
| 3993 |
| 4049 |
| 4070 |
| 4109 |
| 4117 |
| 4124 |
| 4129 |
| 4513 |
| 4529 |
| 4541 |
| 4558 |
| 4647 |
| 4742 |
| 4874 |
| 4909 |
| 4925 |
| 4985 |
| 5017 |
| 5046 |
| 5145 |
| 5149 |
| 5166 |
| 5184 |
| 5296 |
| 5325 |
| 5452 |
| 5543 |
| 5589 |
| 5604 |
| 5642 |
| 5673 |
| 5750 |
| 5777 |
| 5809 |
| 5842 |
| 5848 |
| 5925 |
| 5960 |
| 6029 |
| 6116 |
| 6189 |
| 6520 |

*D'Agostino v. WFS Financial Inc,*
Case No. 3:07-cv-00161

Exhibit A:  Master List of Class Members

(Class Members are identified by the last four digits of their
loan account number to protect privacy interests.)

| Loan Account Number |
|:---:|
| 6540 |
| 6554 |
| 6650 |
| 6671 |
| 6787 |
| 6999 |
| 7063 |
| 7091 |
| 7167 |
| 7181 |
| 7236 |
| 7250 |
| 7285 |
| 7363 |
| 7477 |
| 7500 |
| 7558 |
| 7579 |
| 7591 |
| 7665 |
| 7693 |
| 7696 |
| 7704 |
| 7721 |
| 7726 |
| 7805 |
| 7871 |
| 7945 |
| 7981 |
| 8070 |
| 8078 |
| 8159 |
| 8169 |
| 8223 |
| 8286 |
| 8314 |
| 8333 |
| 8411 |
| 8418 |
| 8424 |
| 8495 |
| 8497 |
| 8524 |
| 8527 |
| 8587 |
| 8610 |
| 8667 |
| 8736 |

*D'Agostino v. WFS Financial Inc,*
Case No. 3:07-cv-00161

**Exhibit A:  Master List of Class Members**

**(Class Members are identified by the last four digits of their
loan account number to protect privacy interests.)**

| Loan Account Number |
|:---:|
| 8738 |
| 8747 |
| 8783 |
| 8794 |
| 8797 |
| 8989 |
| 9043 |
| 9200 |
| 9225 |
| 9429 |
| 9617 |
| 9708 |
| 9709 |
| 9878 |
| 9912 |
| 0001 |
| 0221 |
| 0261 |
| 0310 |
| 0413 |
| 0422 |
| 0497 |
| 0511 |
| 0523 |
| 0773 |
| 0808 |
| 0844 |
| 0857 |
| 0878 |
| 1005 |
| 1272 |
| 1445 |
| 1459 |
| 1643 |
| 1746 |
| 1768 |
| 1781 |
| 1872 |
| 1927 |
| 1942 |
| 1951 |
| 2073 |
| 2106 |
| 2122 |
| 2146 |
| 2277 |
| 2312 |
| 2342 |

*D'Agostino v. WFS Financial Inc,*
Case No. 3:07-cv-00161

Exhibit A:  Master List of Class Members

(Class Members are identified by the last four digits of their
loan account number to protect privacy interests.)

| Loan Account Number |
| --- |
| 2476 |
| 2497 |
| 2648 |
| 2696 |
| 2711 |
| 2725 |
| 2731 |
| 2736 |
| 2774 |
| 2806 |
| 2872 |
| 2968 |
| 3126 |
| 3196 |
| 3388 |
| 3455 |
| 3509 |
| 3604 |
| 3630 |
| 3730 |
| 3776 |
| 3937 |
| 4013 |
| 4016 |
| 4033 |
| 4139 |
| 4146 |
| 4233 |
| 4402 |
| 4421 |
| 4478 |
| 4513 |
| 4584 |
| 4587 |
| 4602 |
| 4659 |
| 4768 |
| 4820 |
| 4840 |
| 4930 |
| 5008 |
| 5153 |
| 5213 |
| 5236 |
| 5244 |
| 5272 |
| 5412 |
| 5474 |

*D'Agostino v. WFS Financial Inc,*
Case No. 3:07-cv-00161

### Exhibit A:  Master List of Class Members

**(Class Members are identified by the last four digits of their
loan account number to protect privacy interests.)**

| Loan Account Number |
| --- |
| 5475 |
| 5694 |
| 5941 |
| 6070 |
| 6151 |
| 6185 |
| 6306 |
| 6325 |
| 6483 |
| 6501 |
| 6503 |
| 6545 |
| 6567 |
| 6616 |
| 6641 |
| 6655 |
| 6811 |
| 6813 |
| 6916 |
| 6938 |
| 7041 |
| 7079 |
| 7261 |
| 7281 |
| 7408 |
| 7430 |
| 7735 |
| 7799 |
| 7864 |
| 8016 |
| 8080 |
| 8148 |
| 8274 |
| 8298 |
| 8425 |
| 8505 |
| 8518 |
| 8538 |
| 8553 |
| 8592 |
| 8604 |
| 8636 |
| 8671 |
| 8701 |
| 8792 |
| 8867 |
| 8994 |

*D'Agostino v. WFS Financial Inc,*
Case No. 3:07-cv-00161

Exhibit A:  Master List of Class Members

(Class Members are identified by the last four digits of their
loan account number to protect privacy interests.)

| Loan Account Number |
|---|
| 9000 |
| 9066 |
| 9131 |
| 9352 |
| 9387 |
| 9533 |
| 9569 |
| 9582 |
| 9641 |
| 9791 |
| 0121 |
| 0172 |
| 0194 |
| 0482 |
| 0513 |
| 0518 |
| 0548 |
| 0565 |
| 0666 |
| 0811 |
| 0860 |
| 0892 |
| 0912 |
| 0955 |
| 1273 |
| 1361 |
| 1502 |
| 1503 |
| 1650 |
| 1803 |
| 1995 |
| 2094 |
| 2171 |
| 2259 |
| 2325 |
| 2352 |
| 2550 |
| 2834 |
| 2846 |
| 2912 |
| 2977 |
| 2979 |
| 3117 |
| 3428 |
| 3457 |
| 3570 |
| 3582 |
| 3716 |

*D'Agostino v. WFS Financial Inc,*
Case No. 3:07-cv-00161

Exhibit A:  Master List of Class Members

(Class Members are identified by the last four digits of their
loan account number to protect privacy interests.)

| Loan Account Number |
| --- |
| 3773 |
| 3818 |
| 3822 |
| 3973 |
| 4113 |
| 4143 |
| 4252 |
| 4576 |
| 4741 |
| 4785 |
| 4821 |
| 4999 |
| 5050 |
| 5214 |
| 5385 |
| 5480 |
| 5491 |
| 5559 |
| 5670 |
| 5694 |
| 5920 |
| 5946 |
| 6365 |
| 6414 |
| 6415 |
| 6805 |
| 6889 |
| 6965 |
| 6973 |
| 7023 |
| 7083 |
| 7255 |
| 7316 |
| 7352 |
| 7637 |
| 7763 |
| 7847 |
| 7912 |
| 7950 |
| 8201 |
| 8204 |
| 8212 |
| 8266 |
| 8511 |
| 8800 |
| 8882 |
| 8968 |
| 9049 |

*D'Agostino v. WFS Financial Inc,*
**Case No. 3:07-cv-00161**

**Exhibit A:  Master List of Class Members**

**(Class Members are identified by the last four digits of their
loan account number to protect privacy interests.)**

| Loan Account Number |
|:---:|
| 9127 |
| 9183 |
| 9231 |
| 9423 |
| 9440 |
| 9621 |
| 9702 |
| 9883 |
| 9908 |
| 0005 |
| 0159 |
| 0234 |
| 0311 |
| 0479 |
| 0523 |
| 0571 |
| 0709 |
| 0722 |
| 1004 |
| 1561 |
| 1598 |
| 1980 |
| 2060 |
| 2146 |
| 2839 |
| 2878 |
| 3217 |
| 3295 |
| 3357 |
| 3823 |
| 3844 |
| 4676 |
| 4919 |
| 4997 |
| 5697 |
| 5966 |
| 6054 |
| 6073 |
| 6264 |
| 6431 |
| 6480 |
| 6607 |
| 6966 |
| 7035 |
| 7661 |
| 7972 |
| 8011 |
| 8065 |

*D'Agostino v. WFS Financial Inc,*
Case No. 3:07-cv-00161

**Exhibit A:  Master List of Class Members**

**(Class Members are identified by the last four digits of their
loan account number to protect privacy interests.)**

| Loan Account Number |
|:---:|
| 8651 |
| 8720 |
| 9059 |
| 0021 |
| 0342 |
| 0398 |
| 0424 |
| 0426 |
| 0436 |
| 0457 |
| 0607 |
| 2041 |
| 2112 |
| 3082 |
| 3369 |
| 4012 |
| 5798 |
| 5857 |
| 9813 |
| 9402 |
| 0215 |
| 8255 |
| 6141 |
| 0908 |
| 1362 |
| 2012 |
| 6808 |
| 4539 |
| 9550 |
| 6346 |
| 9159 |
| 5056 |
| 9123 |
| 5888 |
| 2570 |
| 4010 |
| 4104 |
| 4615 |
| 4664 |
| 4666 |
| 4697 |
| 4892 |
| 4812 |
| 4647 |
| 4409 |
| 7879 |
| 6821 |
| 4752 |

*D'Agostino v. WFS Financial Inc,*
Case No. 3:07-cv-00161

Exhibit A:  List of Subclass A Members

(Subclass A Members are identified by the last four digits of their
loan account number to protect privacy interests.)

| Loan Account Number |
| --- |
| 0640 |
| 0733 |
| 0933 |
| 1077 |
| 3668 |
| 4668 |
| 4927 |
| 5655 |
| 5939 |
| 6393 |
| 7136 |
| 7811 |
| 8949 |
| 9393 |
| 9708 |
| 1471 |
| 1998 |
| 2402 |
| 2452 |
| 3168 |
| 4300 |
| 4468 |
| 4519 |
| 4546 |
| 4780 |
| 5169 |
| 5221 |
| 5469 |
| 6174 |
| 6606 |
| 6916 |
| 7888 |
| 8089 |
| 8808 |
| 0630 |
| 1005 |
| 1102 |
| 1250 |
| 1491 |
| 1505 |
| 1903 |
| 2109 |
| 2470 |
| 2617 |
| 2835 |
| 3032 |
| 3068 |

*D'Agostino v. WFS Financial Inc,*
Case No. 3:07-cv-00161

Exhibit A:  List of Subclass A Members

**(Subclass A Members are identified by the last four digits of their loan account number to protect privacy interests.)**

| Loan Account Number |
| --- |
| 3294 |
| 3848 |
| 4624 |
| 4669 |
| 4689 |
| 4780 |
| 5324 |
| 5533 |
| 6288 |
| 6310 |
| 6315 |
| 7272 |
| 7515 |
| 7651 |
| 7936 |
| 8133 |
| 8798 |
| 8863 |
| 9113 |
| 9341 |
| 9596 |
| 9615 |
| 0243 |
| 0246 |
| 0318 |
| 0374 |
| 0541 |
| 0966 |
| 1276 |
| 1559 |
| 1953 |
| 2130 |
| 2429 |
| 2491 |
| 3233 |
| 3402 |
| 3686 |
| 3915 |
| 3993 |
| 5017 |
| 5166 |
| 5809 |
| 5842 |
| 6029 |
| 6189 |
| 6787 |
| 7285 |
| 7500 |

*D'Agostino v. WFS Financial Inc,*
Case No. 3:07-cv-00161

Exhibit A:  List of Subclass A Members

(Subclass A Members are identified by the last four digits of their
loan account number to protect privacy interests.)

| Loan Account Number |
| --- |
| 7704 |
| 7721 |
| 7805 |
| 7871 |
| 7945 |
| 8169 |
| 8524 |
| 8738 |
| 9709 |
| 0497 |
| 0511 |
| 0773 |
| 0857 |
| 1459 |
| 1746 |
| 1768 |
| 2106 |
| 2711 |
| 2774 |
| 3126 |
| 3196 |
| 3509 |
| 4033 |
| 4139 |
| 4233 |
| 4513 |
| 4659 |
| 4820 |
| 4840 |
| 5153 |
| 5213 |
| 6151 |
| 6545 |
| 6567 |
| 6813 |
| 7735 |
| 8080 |
| 8518 |
| 8553 |
| 8671 |
| 9000 |
| 9066 |
| 9131 |
| 9533 |
| 0518 |
| 0666 |
| 1502 |

*D'Agostino v. WFS Financial Inc,*
Case No. 3:07-cv-00161

Exhibit A:  List of Subclass A Members

(Subclass A Members are identified by the last four digits of their
loan account number to protect privacy interests.)

| Loan Account Number |
| --- |
| 2325 |
| 2846 |
| 3570 |
| 4113 |
| 4252 |
| 4576 |
| 5491 |
| 5946 |
| 6365 |
| 6805 |
| 6965 |
| 7847 |
| 7950 |
| 8882 |
| 9183 |
| 9231 |
| 9423 |
| 9883 |
| 9908 |
| 0005 |
| 0709 |
| 0722 |
| 1004 |
| 2146 |
| 2839 |
| 2878 |
| 3823 |
| 5697 |
| 6480 |
| 6966 |
| 7661 |
| 0021 |
| 0398 |
| 0607 |
| 2041 |
| 3082 |
| 1362 |
| 2012 |
| 4539 |
| 4664 |
| 4697 |
| 6821 |

*D'Agostino v. WFS Financial Inc,*
Case No. 3:07-cv-00161

Exhibit A:  List of Subclass B Members

(Subclass B Members are identified by the last four digits
of their loan account number to protect privacy interests.)

| Loan Account Number |
|---|
| 2307 |
| 4417 |
| 5382 |
| 6475 |
| 7676 |
| 8481 |
| 9377 |
| 9885 |
| 1632 |
| 2377 |
| 2578 |
| 2705 |
| 2785 |
| 2974 |
| 3322 |
| 3325 |
| 3673 |
| 3941 |
| 4977 |
| 6316 |
| 6318 |
| 6716 |
| 7099 |
| 7462 |
| 7780 |
| 8111 |
| 8841 |
| 8871 |
| 9063 |
| 9564 |
| 9790 |
| 9829 |
| 1041 |
| 1128 |
| 1158 |
| 1317 |
| 1335 |
| 1541 |
| 1681 |
| 1783 |
| 2212 |
| 2733 |
| 2747 |
| 3520 |
| 3615 |
| 3701 |
| 3704 |
| 3772 |

*D'Agostino v. WFS Financial Inc,*
Case No. 3:07-cv-00161

Exhibit A:  List of Subclass B Members

(Subclass B Members are identified by the last four digits
of their loan account number to protect privacy interests.)

| Loan Account Number |
|---|
| 4029 |
| 4261 |
| 4323 |
| 4527 |
| 4579 |
| 4818 |
| 5003 |
| 5062 |
| 5494 |
| 5617 |
| 5821 |
| 5847 |
| 5933 |
| 6068 |
| 6160 |
| 6367 |
| 6432 |
| 6801 |
| 6871 |
| 6978 |
| 7275 |
| 7321 |
| 7356 |
| 7525 |
| 7703 |
| 7769 |
| 7918 |
| 7937 |
| 8007 |
| 8107 |
| 8184 |
| 8188 |
| 8215 |
| 8537 |
| 8565 |
| 8716 |
| 8755 |
| 9198 |
| 9225 |
| 9297 |
| 9346 |
| 9401 |
| 9434 |
| 9546 |
| 9564 |
| 9606 |
| 9670 |
| 9746 |

*D'Agostino v. WFS Financial Inc,*
Case No. 3:07-cv-00161

Exhibit A:  List of Subclass B Members

**(Subclass B Members are identified by the last four digits
of their loan account number to protect privacy interests.)**

| Loan Account Number |
|:---:|
| 9761 |
| 9768 |
| 9838 |
| 9963 |
| 9973 |
| 0290 |
| 0503 |
| 0522 |
| 0597 |
| 0908 |
| 0967 |
| 1029 |
| 1338 |
| 1524 |
| 1525 |
| 1565 |
| 1594 |
| 1723 |
| 1736 |
| 1803 |
| 2668 |
| 2691 |
| 2783 |
| 2970 |
| 3087 |
| 3135 |
| 3139 |
| 3181 |
| 3269 |
| 3384 |
| 3481 |
| 3500 |
| 3572 |
| 3717 |
| 4117 |
| 4129 |
| 4513 |
| 4558 |
| 4909 |
| 4925 |
| 5184 |
| 5452 |
| 5543 |
| 5589 |
| 5604 |
| 5750 |
| 5848 |
| 5925 |

*D'Agostino v. WFS Financial Inc,*
Case No. 3:07-cv-00161

Exhibit A:  List of Subclass B Members

**(Subclass B Members are identified by the last four digits of their loan account number to protect privacy interests.)**

| Loan Account Number |
| --- |
| 5960 |
| 6520 |
| 6999 |
| 7063 |
| 7167 |
| 7181 |
| 7250 |
| 7477 |
| 7558 |
| 7665 |
| 7726 |
| 8070 |
| 8159 |
| 8223 |
| 8495 |
| 8747 |
| 8794 |
| 8797 |
| 9043 |
| 9225 |
| 9429 |
| 9617 |
| 9878 |
| 9912 |
| 0001 |
| 0422 |
| 0523 |
| 0808 |
| 1872 |
| 1942 |
| 2073 |
| 2146 |
| 2648 |
| 2725 |
| 2736 |
| 2968 |
| 3455 |
| 3604 |
| 3730 |
| 3776 |
| 4013 |
| 4146 |
| 4421 |
| 4584 |
| 4587 |
| 5941 |
| 6616 |
| 6916 |

*D'Agostino v. WFS Financial Inc,*
Case No. 3:07-cv-00161

Exhibit A:  List of Subclass B Members

(Subclass B Members are identified by the last four digits
of their loan account number to protect privacy interests.)

| Loan Account Number |
|---|
| 6938 |
| 7079 |
| 7261 |
| 7408 |
| 7430 |
| 8016 |
| 8148 |
| 9569 |
| 0194 |
| 1650 |
| 2352 |
| 2834 |
| 2912 |
| 2977 |
| 3117 |
| 3773 |
| 4999 |
| 6973 |
| 7023 |
| 7255 |
| 7352 |
| 7912 |
| 8204 |
| 8266 |
| 9440 |
| 0523 |
| 1561 |
| 3295 |
| 3844 |
| 6073 |
| 8651 |
| 3369 |
| 5798 |
| 5857 |
| 9813 |
| 9550 |
| 6346 |
| 5056 |
| 4010 |
| 4615 |
| 4892 |
| 4812 |
| 4752 |